# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SCHNEIDER, | ) Case No. 5:20-cv-00817-PA-SHK |
| Plaintiff, | ) |
| vs. | ) ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE |
| COUNTY OF SAN BERNARDINO; DANIEL NUCI; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Pursuant to the Stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED

Dated: March 24, 2021

_____
HONORABLE PERCY ANDERSON,
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE

1